**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Brian MCLUCAS, Defendant—
Appellant.**

No. 09–50427.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 23, 2010.*

Filed Sept. 7, 2010.

Robert Edward Dugdale, Esquire, John Joseph Lulejian, Michael J. Raphael, Esquire, Assistant U.S. Attorneys, Office of

the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Brian McLucas, pro se.

William Charles Melcher, Esquire. Melcher, Melcher & Melcher, Calabasas, CA, for Defendant–Appellant.

Before: LEAVY, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM **

Brian McLucas appeals from his guilty-plea conviction and 235–month concurrent sentence reimposed after a limited remand pursuant to *United States v. Ameline*, 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), McLucas's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided McLucas the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED.**

ed by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.